UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICIA L. WIESZCIECINSKI,

        Plaintiff,                              Case No. 14-cv-12729

v.                                           Honorable Thomas L. Ludington
                                              Magistrate Judge Patricia T. Morris

BAYSHORE SENIOR CARE AND
REHAB CENTER,

        Defendant.

_____/

**JUDGMENT**

In accordance with the order adopting the Magistrate Judge's report and recommendation entered on this date,

It is **ORDERED AND ADJUDGED** that the complaint is **DISMISSED** without prejudice.

Dated: October 3, 2014                                s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon Patricia L. Wiesciecinski, at 210 W. North Union Apt. 7, Bay City, MI 48706 by first class U.S. mail on October 3, 2014.

                                    s/Tracy A. Jacobs
                                    TRACY A. JACOBS